**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**Suite 400**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

March 9, 2026

Honorable Vernon S. Broderick
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

APPLICATION GRANTED
SO ORDERED _____
VERNON S. BRODERICK
U.S.D.J. 03/09/2026

Re: *United States v. Pedro Manuel Lopez Marte,*
        25 Cr. 574 (VSB)

Dear Judge Broderick:

 I write to request permission for my client, Pedro Manuel Lopez Marte to travel on tomorrow, March 10 to Stamford, Connecticut, to attend court on his pending State case.

U.S. Pretrial Officer Jessica Aguilar has no objection to this request.

I apologize for the lateness of this request.

Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: James Mandilk, Esq.
    Assistant U.S. Attorney
    (By ECF & email)

    Jessica Aguilar
    U.S. Pretrial Officer
    (by email)