**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**Suite 400**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 06/05/2026

Honorable Vernon S. Broderick
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

  Re: *United States v. Pedro Manuel Lopez Marte,*
    25 Cr. 574 (VSB)

Dear Judge Broderick:

  I write to request that I be excused from the court conference scheduled for Monday June 8th. Although my wedding anniversary is today my family arranged for a celebration to take place June 7, 8 and 9. The reason that it a 3 day period is because it is my 50th anniversary and my children scheduled a short trip for my wife and I after I agreed to the June 8th conference date.

  Attorney Lauren Di Chiara, Esq., who represents a co-defendant, has agreed to stand in for me at the conference on behalf of my client Pedro Lopez Marte. I spoke with my client, and he consents to Ms. Di Chiara representing him for the purpose of the conference.

  Thank you for your consideration of this request.

          Respectfully yours,
           /s/
          Thomas F.X. Dunn

Cc: James Mandilk, Esq.
  Assistant U.S. Attorney
  (By ECF)

  All Defense Counsel
  (By ECF)