**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**Suite 400**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 07/20/2026

Honorable Vernon S. Broderick
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

Re: *United States v. Pedro Manuel Lopez Marte,*
25 Cr. 574 (VSB)

Dear Judge Broderick:

I write to request permission for my client, Pedro Manuel Lopez Marte to travel to New Jersey to take his son to Six Flaggs Amusement Park in Jackson, N.J. on Wednesday July 22nd.It is his son's birthday.

U.S. Pretrial Officer Jessica Aguilar has no objection to this request. I attempted to contact Assistant U.S, Attorney James Manilk but he is on paternity leave

Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: James Mandilk, Esq.
Assistant U.S. Attorney
(By ECF & email)

Jessica Aguilar
U.S. Pretrial Officer
(by email)