**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**Suite 400**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

August 3, 2026

Honorable Vernon S. Broderick
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

Re: *United States v. Pedro Manuel Lopez Marte,*
25 Cr. 574 (VSB)

Dear Judge Broderick:

I write to request permission for my client Pedro Manuel Lopez Marte to travel on Wednesday August 5 to Stamford, Connecticut, to attend court on his pending State case.

U.S. Pretrial Officer Jessica Aguilar has no objection to this request.

Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: James Mandilk, Esq.
Assistant U.S. Attorney
(By ECF & email)

Jessica Aguilar
U.S. Pretrial Officer
(by email)

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 8/3/2026