**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**20 Vesey Street**
**Suite 400**
**New York, New York 10007**
**Tel: 212-941-9940**
**Thomasdunnlaw@aol.com**

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 09/18/2026

Honorable Vernon S. Broderick
United States District Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

Re: *United States v. Pedro Manuel Lopez Marte,*
25 Cr. 574 (VSB)

Dear Judge Broderick:

I write to request that the bail conditions of electronic monitoring and my client's curfew be removed from the bail conditions.

U.S. Pretrial Officer Jessica Aguilar has no objection to this request. Assistant U.S. Attorney Cameron Molis defers to Pretrial concerning this application.

Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: Cameron Molis Esq.
Assistant U.S. Attorney
(By ECF & email)

Jessica Aguilar
U.S. Pretrial Officer
(by email)